UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 8:03-cr-8-T-23TGW

GEORGE MELQUIADES
_____/

### ORDER

Magistrate Judge Thomas G. Wilson considered the defendant's motion for return of property (Doc. 275); conducted a hearing on January 20, 2011, at which the defendant appeared; and issued his report and recommendation (Doc. 295),[*] to which no party objects.

Upon review of the report and recommendation and upon independent examination of the file, the report and recommendation is adopted, and the defendant's motion for return of property (Doc. 275) is **DENIED**.

ORDERED in Tampa, Florida, on April 12, 2011.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

---

[*] A copy of the report and recommendation sent to the defendant at Forrest City, Arkansas, was returned on February 22, 2011, as undeliverable. On March 25, 2011, the Clerk sent a copy of the report and recommendation to the defendant at the Pinellas County jail.